# United States Court of Appeals
## For the First Circuit

No. 20-1925

UNITED STATES OF AMERICA,

Appellee,

v.

DAMIEN BYNOE,

Defendant, Appellant.

Before

Barron, Selya, and Gelpí,
Circuit Judges.

**ORDER OF COURT**
Entered: January 12, 2022

On December 20, 2021, this court issued the opinion in the above-captioned matter under temporary seal and asked the parties to file a response as to whether redactions were necessary. Upon consideration of the defendant-appellant's response, we now decide as follows. The full opinion previously filed in this case will remain under seal until further order of this court; a redacted version of the opinion will be released forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. William G. Young, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, George F. Gormley, Stephen Paul Super, Christopher John Pohl, Donald Campbell Lockhart, Karen Lisa Eisenstadt